DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER SPOREA,**
Appellant,

v.

**REGIONS BANK, N.A.,**
Appellee.

No. 4D17-3148

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 14-3212 CACE (04).

Peter Sporea, Coral Springs, pro se.

Brian P. Yates and David S. Garbett of Garbett, Allen & Roza, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***